IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-6074 EAW |
| -vs- | **INFORMATION**<br>(Felony) |
| THEODORE LORIA, | **Violations:**<br>18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5) |
| Defendant. | 1 Count |

## COUNT 1
### (Cyberstalking)

### The United States Attorney Charges That:

Between in or about June 2017 and August 2019, in the Western District of New York and elsewhere, the defendant, THEODORE LORIA, with the intent to injure, harass and intimidate another person, that is, Victim 1, knowingly used an interactive computer service to send text messages and a facility of interstate commerce, specifically the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).**

Dated: Rochester, New York, June 2, 2020

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
MELISSA M. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3925
Melissa.Marangola@usdoj.gov